474 A.2d 665

Reape, Sr. v. Keystone Ins. Co., Appellant.

Argued April 20, 1983. Charles W. Craven, for appellant; Arthur W. Hankin, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment affirmed.